# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DOUGLAS LAMARCHE  
1719 BRIXHAM LANE  
MCHENRY, IL  60050

SSN-xxx-xx-4012

Case Number: 07-70915

Case filed on: 4/18/2007  
Plan Confirmed on: 10/19/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $19,588.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | JONES & HART LAW OFFICE | 3,274.00 | 3,274.00 | 2,000.00 | 0.00 |
|  | Total Legal | 3,274.00 | 3,274.00 | 2,000.00 | 0.00 |
| 003 | FIRST CAPITOL MTG. HOLDINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | BLOOMINGDALE BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | HELLER & FRISONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | CNA CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | GREAT LAKES FINANCIAL SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | OSI COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | KCA FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 1,761.53 | 1,761.53 | 0.00 | 0.00 |
| 052 | ILLINOIS DEPARTMENT OF REVENUE | 303.73 | 303.73 | 0.00 | 0.00 |
|  | Total Priority | 2,065.26 | 2,065.26 | 0.00 | 0.00 |
| 999 | DOUGLAS LAMARCHE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BCU | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | BAXTER CREDIT UNION | 24,947.60 | 24,947.60 | 6,847.17 | 0.00 |
| 004 | FIRST CAPITAL MORTGAGE HOLDINGS | 11,700.00 | 11,700.00 | 3,259.33 | 1,490.67 |
| 005 | WASHINGTON MUTUAL BANK | 144,654.49 | 0.00 | 0.00 | 0.00 |
| 006 | WASHINGTON MUTUAL BANK | 20,223.06 | 20,223.06 | 4,592.48 | 0.00 |
|  | Total Secured | 201,525.15 | 56,870.66 | 14,698.98 | 1,490.67 |
| 004 | FIRST CAPITAL MORTGAGE HOLDINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 1,083.06 | 1,083.06 | 0.00 | 0.00 |
| 009 | AMOCO - BP OIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ANIMAL EMERGENCY OF MCHENRY CO | 220.00 | 220.00 | 0.00 | 0.00 |
| 011 | BAXTER CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CB USA SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COMED CO | 3,933.58 | 3,933.58 | 0.00 | 0.00 |
| 014 | DISCOVER FINANCIAL SERVICES | 2,791.55 | 2,791.55 | 0.00 | 0.00 |
| 015 | DISCOVER FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | EASTERN METALS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | US BANK/RETAIL PAYMENT SOLUTIONS | 663.01 | 663.01 | 0.00 | 0.00 |
| 018 | JAS PRECISION STEEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | JEWEL FOOD STORES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | KATHRYN LAMARCHE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | LAND MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | LINDSAY LAMARCHE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | LVNV FUNDING LLC | 296.70 | 296.70 | 0.00 | 0.00 |
| 026 | MALCOLM S. GERALD & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MANDEL METALS INC | 2,399.01 | 2,399.01 | 0.00 | 0.00 |
| 028 | MENARDS / HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MID STATE BLANCHARD GRINDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MIDLAND ALUMINUM | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | NORTHEASTERN ILLINOIS LAND MANAGEMENT | 1,557.50 | 1,557.50 | 0.00 | 0.00 |
| 036 | NORTHERN IL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | NORTHLAND CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | NORTHWEST COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | NORTHWEST RADIOLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | OBGYN OF ARLINGTON HEIGHTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | PARAMEDIC BILLING SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | REYNOLDS ALUMINUM SUPPLY CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | SCOTTS STAINLESS STEEL INC | 4,784.58 | 4,784.58 | 0.00 | 0.00 |
| 046 | ST MARY'S UNIVERSITY | 8,443.89 | 8,443.89 | 0.00 | 0.00 |

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

| | | | | | |
|---|---|---|---|---|---|
| 047 | US GRINDING & FABRICATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | WELLS FARGO BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | WELLS FARGO CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | CRYSTAL LAKE ORAL MAXILLOFACIAL SURGERY | 780.73 | 780.73 | 0.00 | 0.00 |
| 052 | ILLINOIS DEPARTMENT OF REVENUE | 176.49 | 176.49 | 0.00 | 0.00 |
| | Total Unsecured | 27,130.10 | 27,130.10 | 0.00 | 0.00 |
| | Grand Total: | 233,994.51 | 89,340.02 | 16,698.98 | 1,490.67 |

Total Paid Claimant:   $18,189.65
Trustee Allowance:   $1,398.35
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008         By  /s/Heather M. Fagan